

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2014

No. 04-14-00399-CV

**IN THE INTEREST OF D. M., A CHILD**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02386
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is granted. We order appellant's brief due July 18, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court